|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>JAMES J. CERBONE, ESQUIRE-4036<br>2430 HIGHWAY 34<br>BUILDING B SUITE 22<br>WALL, NEW JERSEY 08736<br>(732) 681-6800<br>Attorney for debtor | Order Filed on October 21, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>BENNETT DESAPIO | Case No.:  18-34181<br><br>Chapter:  13<br><br>Judge:  Michael B. Kaplan |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: October 21, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____James J. Cerbone, Esq_____, the applicant, is allowed a fee of $ _____500.00_____ for services rendered and expenses in the amount of $_____ for a total of $_____500.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____825.00_____ per month for _____50_____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Bennett DeSapio  
    Debtor

Case No. 18-34181-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Oct 21, 2019  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2019.  
db           +Bennett DeSapio,    45 Wrangle Brook Road,    Toms River, NJ 08755-6374

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2019                                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2019 at the address(es) listed below:  
               Albert    Russo    docs@russotrustee.com  
               James J. Cerbone    on behalf of Debtor Bennett  DeSapio cerbonelawfirm@aol.com, cerbonejr83307@notify.bestcase.com  
               Rebecca Ann Solarz    on behalf of Creditor   PNC Bank, National Association rsolarz@kmllawgroup.com  
               U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
               William M. E. Powers, III    on behalf of Creditor   Manufacturers and Traders Trust Company also known as M&T Bank successor by merger to Hudson City Savings Bank, FSB ecf@powerskirn.com  
               William M.E. Powers    on behalf of Creditor   Manufacturers and Traders Trust Company also known as M&T Bank successor by merger to Hudson City Savings Bank, FSB ecf@powerskirn.com  
               William M.E. Powers, III    on behalf of Creditor   Manufacturers and Traders Trust Company also known as M&T Bank successor by merger to Hudson City Savings Bank, FSB ecf@powerskirn.com  
                                                                                                                      TOTAL: 7