Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  18–34181–MBK
        Chapter:  13
        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bennett DeSapio
   45 Wrangle Brook Road
   Toms River, NJ 08755

Social Security No.:
   xxx–xx–0127

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/2/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 2, 2019
JAN: wir

                                    Jeanne Naughton
                                    Clerk

```
                          United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                              Case No. 18-34181-MBK
Bennett DeSapio                                                     Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 1              Date Rcvd: Dec 02, 2019
                              Form ID: 148              Total Noticed: 11

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 04, 2019.
db             +Bennett DeSapio,    45 Wrangle Brook Road,    Toms River, NJ 08755-6374
517944320      +COMCAST,    PO BOX 1931,    Burlingame, CA 94011-1931
517913035      +PNC Bank,    PO Box 5570,    Cleveland, OH 44101-0570

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 03 2019 00:50:13      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 03 2019 00:50:09      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517913034       EDI: BANKAMER.COM Dec 03 2019 05:03:00      Bank of America,    PO Box 31785,
                 Tampa, FL 33631-3785
517944314       EDI: CAPITALONE.COM Dec 03 2019 05:03:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
517933825      +EDI: HY11.COM Dec 03 2019 05:03:00      Hyundai Lease Titling Trust,    PO Box 20809,
                 Fountain Valley, CA 92728-0809
518028695       EDI: BANKAMER.COM Dec 03 2019 05:03:00      Manufactures and Traders Trust Company...,
                 c/o Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
518025071       EDI: Q3G.COM Dec 03 2019 05:03:00      Quantum3 Group LLC as agent for,    GPCC I LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
517913207      +EDI: RMSC.COM Dec 03 2019 05:03:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 2, 2019 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              James J. Cerbone    on behalf of Debtor Bennett  DeSapio cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor   PNC Bank, National Association
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M. E. Powers, III    on behalf of Creditor    Manufacturers and Traders Trust Company also
               known as M&T Bank successor by merger to Hudson City Savings Bank, FSB ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    Manufacturers and Traders Trust Company also known
               as M&T Bank successor by merger to Hudson City Savings Bank, FSB ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Manufacturers and Traders Trust Company also
               known as M&T Bank successor by merger to Hudson City Savings Bank, FSB ecf@powerskirn.com
                                                                                              TOTAL: 7
```