UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
CN 4853
Trenton, NJ  08650
(609) 587-6888
Standing Chapter 13 Trustee

**Order Filed on December 2, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

Bennett DeSapio

Debtor(s)

Case No.: 18-34181 / MBK

Judge: Michael B. Kaplan

Chapter: 13

## ORDER REGARDING CHAPTER 13 STANDING
## TRUSTEE'S MOTION TO DISMISS OR
## CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: December 2, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having come before the Court on the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that the case is dismissed.

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

**IT IS FURTHER ORDERED** that any funds held by the Chapter 13 Trustee from payments made on account of the debtor(s) plan shall be disbursed to creditors.

**IT IS FURTHER ORDERED** that any *Order to Employer to Pay to the Chapter 13 Trustee* (wage order) that has been entered in this case is hereby terminated. The employer is authorized to cease wage withholding immediately. The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court
District of New Jersey

In re:  
Bennett DeSapio  
    Debtor

Case No. 18-34181-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin            Page 1 of 1              Date Rcvd: Dec 02, 2019
                            Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2019.
db             +Bennett DeSapio,    45 Wrangle Brook Road,    Toms River, NJ 08755-6374

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2019 at the address(es) listed below:
      Albert Russo     docs@russotrustee.com
      James J. Cerbone    on behalf of Debtor Bennett  DeSapio cerbonelawfirm@aol.com, cerbonejr83307@notify.bestcase.com
      Rebecca Ann Solarz    on behalf of Creditor   PNC Bank, National Association rsolarz@kmllawgroup.com
      U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
      William M. E. Powers, III    on behalf of Creditor    Manufacturers and Traders Trust Company also known as M&T Bank successor by merger to Hudson City Savings Bank, FSB ecf@powerskirn.com
      William M.E. Powers    on behalf of Creditor    Manufacturers and Traders Trust Company also known as M&T Bank successor by merger to Hudson City Savings Bank, FSB ecf@powerskirn.com
      William M.E. Powers, III    on behalf of Creditor    Manufacturers and Traders Trust Company also known as M&T Bank successor by merger to Hudson City Savings Bank, FSB ecf@powerskirn.com
                                                                                                TOTAL: 7